## WILHITE v. STATE.
### No. 20949.

## MASON v. STATE.
### No. 20948.

Court of Criminal Appeals of Texas.
March 27, 1940.

M. E. Lawrence, of Eastland, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for selling whisky in Brown County, Texas, which is alleged to have been dry area; punishment assessed being a fine of $175.

The appeal must be dismissed because of a defective recognizance, wherein it is re-

Court of Criminal Appeals of Texas.
March 27, 1940.

D. H. Massie, of Corpus Christi, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is theft of property under the value of $50; the punishment assessed is confinement in the county jail for a period of one year and a fine of $100.

The record is before us without a statement of facts or bills of exceptions. The information is sufficient to charge the offense and procedural matters appear to be in due order.

The judgment is affirmed.

·554

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.